UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| VALERIE J. JARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16-cv-00363-GZS |
| ) | |
| WALDO COUNTY GENERAL HOSPITAL, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF DISMISSAL**

Plaintiff hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 5, 2017         /s/ John P. Gause

          _____
          John P. Gause, Esq., Bar No. 8192
          Eastern Maine Law, LLC
          77 Exchange Street, Suite 300
          Bangor, ME 04401
          (207) 947-5100
          jgause@easternmainelaw.com

          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, I emailed and will mail a copy of the foregoing Notice of Dismissal to the attorney for Defendant, Nicole L. Lorenzatti, Esq.

| | |
|---|---|
| Dated: January 5, 2017 | /s/ John P. Gause |
| | _____ |
| | John P. Gause, Esq., Bar No. 8192 |
| | Eastern Maine Law, LLC |
| | 77 Exchange Street, Suite 300 |
| | Bangor, ME 04401 |
| | (207) 947-5100 |
| | jgause@easternmainelaw.com |
| | |
| | ATTORNEY FOR PLAINTIFF |